# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **CINDY COLLIN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | )   No.  1:12-cv-336-GZS |
| | ) |
| **CAROLYN W. COLVIN, Acting** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 21) filed June 20, 2013, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's decision is **AFFIRMED.**

                                           /s/ George Z. Singal
                                           United States District Judge

Dated this 10th day of July, 2013.