**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **CINDY COLLIN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | )   No.   1:12-cv-336-GZS |
| | ) |
| **CAROLYN W. COLVIN, Acting** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 21) filed June 20, 2013, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's decision is **AFFIRMED.**

                                             /s/ George Z. Singal
                                          United States District Judge

Dated this 10th day of July, 2013.